(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FILED

JAN 0 4 2019

US DISTRICT COURT
DISTRICT OF DELAWARE

19 - 26

_____ Chavez Eaton _____

_____

(Name of Plaintiff or Plaintiffs)

v.

Civ. Action No._____
(To be assigned by Clerk's Office)

_____ Archtelecom _____

_____

(Name of Defendant or Defendants)

**COMPLAINT FOR**
**EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☐ Yes
☐ No

1.    This action is brought pursuant to (check all spaces that apply):

☑    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age.  My year of birth is:_____.

☐    Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2.    Plaintiff resides at _____ 1302 Barney Jenkins Rd _____
                                                        (Street Address)

_____ Felton _____ _____ Kent _____ _____ D E _____ _____ 19943 _____
         (City)                     (County)              (State)              (Zip Code)

_____ 302 _____ _____ 331-3623 _____ .  **Attach additional sheets if more than one Plaintiff.**
(Area Code)  (Phone Number)

3.    Defendant resides at, or its business is located at _____ 1365 N Dupont Hwy # 1068 _____
                                                                                                    (Street Address)

_____ Dover _____ _____ Kent _____ _____ DE _____ _____ 19901 _____ .(
         City)                      (County)              (State)              (Zip Code)

**Attach additional sheets if more than one Defendant.**

1

4.      The discriminatory conduct occurred in connection with plaintiff's employment at, or application

to be employed at, defendant's _____ Archtele.com _____ place of business
                                                    (Defendant's Name)
located at _____ 1365 N. Dupont Hwy #1068 _____
                        (Street Address)
_____ Dover _____ Kent _____ DE _____ 14901 _____.(
            City)                 (County)        (State)        (Zip Code)

5.      The alleged discriminatory acts occurred on __ 20 __ , __ April __ , __ 2016 __.
                                                            (Day)          (Month)          (Year)

6.      The alleged discriminatory practice  ☐ is  ☑ is not  continuing.

7.      On ___ 14 ___ , ___ July ___ , ___ 2016 ___ , Plaintiff filed charges
                (Day)          ( Month)            (Year)

with the Department of Labor of the State of Delaware: _____ Division of Industrial Affairs
                                                                            (Agency)
_____ 4425 N. Market St. _____ Wilmington _____ New Castle _____
            (Street Address)                                (City)              (County)
_____ DE _____ 19802 _____ , regarding defendant's alleged discriminatory conduct.
        (State)                        (Zip Code)

8.      On ___ 14 ___ , ___ July ___ , ___ 2016 ___ , Plaintiff filed charges
                (Day)          ( Month)            (Year)
with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged

discriminatory conduct.

9.      The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue

letter which was received by plaintiff on: ___ 31 ___ , ___ 1 _____ , ___ 2018 ___.
                                                    (Day)          (Month)            (Year)

**(NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10.     The alleged discriminatory acts, in this suit, concern:

   A.  ☐  Failure to employ plaintiff.
   B.  ☑  Termination of plaintiff's employment.  Plaintiff was terminated from employment on
           the following date: _____ 10 - 26 - 2016 _____.
   C.  ☐  Failure to promote plaintiff.  Plaintiff was refused a promotion on the following date:
           _____.

   D.  ☐  Other acts (please specify):_____

       _____

       _____

       _____

       _____

11.     The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2

A.  ☑  Plaintiff's race
B.  ☐  Plaintiff's color
C.  ☑  Plaintiff's sex
D.  ☑  Plaintiff's religion
E.  ☐  Plaintiff's national origin
F.  ☑  Plaintiff's age
G.  ☐  Plaintiff's disability

12.  A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE:  ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

THEREFORE,  Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

A.  ☐  Injunctive relief (specify what you want the Court to order): _____
_____.
B.  ☐  Back pay.
C.  ☐  Reinstatement to former position.
D.  ☐  Monetary damages in the amount of _____.
E.  ☑  That the Court appoint legal counsel.
F.  ☐  Such relief as may be appropriate, including costs and attorney's fees.
G.  ☐  Other (specify): _____.

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated:  _____1-3-19_____

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.



From: Chavez Eaton  1300 Barney
Jenkins Rd.  Felton DE  19943

U.S. District Court Clerk
844 N. King St.  Wilmington DE  19801

U.S. POSTAGE PAID
FCM LETTER
DOVER, DE
19901
JAN 03, 19
AMOUNT
$0.21
R2303S100909-16

19801

DOVER DE 1990
JAN 03 2019
USPS
Barn Swallow
FOREVER
USA

U.S.M.S.
X-RAY

FILED
JAN 04 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

1980138570 0012